UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| DENA LATIFA EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | 2:24-CV-60-BO-BM |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to defendant for further administrative action.

**This judgment filed and entered on April 17, 2025, and served on:**
Lindsay Osterout (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)

April 17, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk