UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action: 2:24-cv-00060-BO-BM

| | |
|---|---|
| DENA LATIFA EDWARDS,<br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social<br>Security,<br>Defendant. | )<br>)<br>)<br>) **CONSENT ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Dena Latifa Edwards, is awarded attorney fees under the EAJA in the amount of $9,000.00 in full and final settlement of attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of $9,000.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This 21 day of July, 2025.

_Terrence Boyle_
United States District Judge

**CONSENTED TO:**

Date: July 15, 2025

*s/ Lindsay F. Osterhout*
LINDSAY F. OSTERHOUT, ESQUIRE
NC Bar No. 57592
Osterhout Berger Daley, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: 412-794-8003
Fax: 412-794- 8050
Email: losterhout@obd.law

Date: July 15, 2025

/s/ Samantha L. Zeiler
SAMANTHA L. ZEILER
Special Assistant United States Attorney
Office of Program Litigation, Office 3
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Telephone: (410) 965-0422
Email: samantha.zeiler@ssa.gov